In the Matter of the Application of F. CHARLES HEUSER, as Administrator, etc., of the Estate of JUSTINA HEUSER, Deceased, Respondent, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of the City of New York, Appellant, to Institute Proceedings, etc., to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARGARET CORBYON, Respondent, v. AGNES REALTY CORPORATION and Others, Defendants. NATHAN GLASSHEIM, Petitioner, Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CECELIA ROBERTS, Respondent, v. ALFRED S. ROBERTS, Appellant.— Order so far as appealed from reversed and the motion further granted staying plaintiff, her attorney and the sheriff of the county of New York from causing defendant's arrest or imprisonment for non-payment of alimony and counsel fee until after the trial of the above-entitled action, on condition that the defendant continue to pay to the plaintiff a reasonable part of his earnings. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JESSIE BATT, Appellant, Respondent, v. S. SEYMOUR BATT, Respondent, Appellant.— Orders so far as appealed from by the defendant affirmed, without costs. Orders so far as appealed from by the plaintiff modified by allowing the sum of fifteen dollars per week for the support and maintenance of the daughter, Blakesly Shelia Batt, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROBERT J. SHERWOOD and GALE C. SHERWOOD v. CAPITOL SECURITIES COMPANY, a Domestic Corporation.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STANLEY B. KITZELMAN v. PENNSYLVANIA RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY E. DAWSON v. JOHN PIERPONT MORGAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

HILDA HAINES, Individually and on Behalf of Herself and Other Stockholders of the S. S. NOHAB Co., INC., v. CARL F. OGREN and ALMA T. OGREN, Executors etc., of CHARLES A. OGREN, Deceased, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

ELCO SHOE MANUFACTURERS, INC., v. WILLIAM E. SISK and DANIEL H. MURPHY, as Executors, etc., of JOHN P. MURPHY, Deceased, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HARRY B. STOIBER v. ENRICO MARINACCI, Impleaded with IRA R. CROUSE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.